**Fill in this information to identify the case:**

Debtor name: __140 Mason Circle, LLC__

United States Bankruptcy Court for the: _____  District of __Nevada__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AT&T<br>PO Box 5025<br>Carol Stream, IL 60197 | 1-800-750-2355 | Utility | | | | 278.19 |
| 2 | Coast Landscape Mngt, Inc.<br>103 Camino Oruga<br>Napa, CA 94558 | 707-251-8872<br>Chuck Moore<br>pacific_coast_wp@att.net | Services | | | | 707.00 |
| 3 | Contra Costa County Tax Collector - PO Box 7002<br>San Francisco, CA 94120 | 925-957-5280<br>taxinfo@tax.cccounty.us | Taxes | | | | 26,507.15 |
| 4 | CRS Comm. Real Estate<br>1450 Maria Lane, #200<br>Walnut Creek, CA 94596 | Dave Grainger<br>dbg@crsrealestate.com<br>925-256-3334 | Services | | | | 6,095.28 |
| 5 | Family Security Locksmith<br>40 Emshee Lane<br>Martinez, CA 94553 | Ken Jackson<br>925-228-3620 | Services | | | | 129.35 |
| 6 | Orkin Services of California<br>PO Box 7161<br>Pasadena, CA 91109-7161 | Roniie Coff<br>rcoff@orkin.com<br>1-800-562-5610 | Services | | | | 83.13 |
| 7 | PG&E<br>PO Box 997300<br>Sacramento, CA 95899-7300 | 800-743-5000 | Utility | | | | 182.95 |
| 8 | | | | | | | |

Debtor _____   Case number (if known)_____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2