Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
Telephone: (775) 324-2800
Facsimile:  (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

DORA DOG PROPERTIES, LLC,

    Debtor.

Affects:
☐ ALL Debtors
☐ Dora Dog Properties, LLC
☐ Dog Blue Properties, LLC
☐ Brandy Boy Properties, LLC
☐ 475 Channel Road, LLC
☐ Park Road LLC
☒ 140 Mason Circle LLC

Lead Case No.: BK-19-50103-gs
(Chapter 7)

Jointly Administered with:

| 19-50104-gs | Dog Blue Properties, LLC |
| 19-50105-gs | Brandy Boy Properties, LLC |
| 19-50106-gs | 475 Channel Road, LLC |
| 19-50108-gs | Park Road LLC |
| 19-50109-gs | 140 Mason Circle LLC |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Hearing Date:   N/A
Hearing Time:

    Please take notice, pursuant to Federal Rule of Bankruptcy Procedure 3006, Christina Lovato, Chapter 7 trustee for the substantively consolidated estates of Double Jump, Inc., DC Solar Solutions, Inc., DC Solar Distribution, Inc., and DC Solar Freedom, Inc. ("Trustee Lovato"), hereby withdraws the claim referenced below and authorizes the Clerk of this Court, or the duly appointed agent, to reflect this withdrawal on the official claims register.

| Creditor Name and Address: | Christina Lovato<br>PO Box 18417<br>Reno, NV 89511 |
|---|---|
| Court Claim Number: | 3-2, filed in Case No. 19-50109-gs, *In re 140 Mason Circle LLC* |

1

| Date Claim Filed: | June 22, 2021 |
|---|---|
| Amount of Claim Filed: | $1,587,278.74 |
| Reason for Withdrawal: | Trustee Lovato's claim is being withdrawn pursuant to a settlement agreement entered into between the parties. |

DATED: June 16, 2022.

**HARTMAN & HARTMAN**

 /s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq., Attorney for
Christina Lovato, Trustee

2

**CERTIFICATE OF SERVICE**

    I, hereby certify that on the 16th day of June, 2022, the foregoing document was served on all parties consenting to electronic service in this case via the Court's CM/ECF system of the Bankruptcy Court.

                                              */s/ Angie Gerbig*
                                              Angie Gerbig